UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| VASILIY A. BLAGODARSKIY, d/b/a BIGFOOT ELECTRO, LLC, <br><br>Plaintiff, <br><br>v. <br><br>ALEXANDER DIAMOND, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) No.: 2:21-CV-35-TAV-CRW |

## ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Cynthia R. Wyrick, on March 23, 2021 [Doc. 5]. In the R&R, Judge Wyrick recommends that the Court deny plaintiff's application to proceed without prepayment of fees [Doc. 2] on the ground that plaintiff has sufficient funds to afford payment of the costs, and, if he does not, it is not as a result of poverty. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in complete agreement with Judge Wyrick's recommendations, which the Court adopts and incorporates into its ruling.

Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 5], and plaintiff's application to proceed *in forma pauperis* [Doc. 2] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE